

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00307-CV

| | | |
|---|---|---|
| Scott Waller | § | From the 96th District Court |
| v. | § | of Tarrant County (096-D03252-14) |
| City of Fort Worth, Tarrant County, Fort Worth Independent School District, Tarrant County College District, Tarrant County Hospital District, and Tarrant Regional Water District | § | October 27, 2016 |
| | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM